## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FREIGHT HOUSE GRILL, INC.                    Case No. 07-08383
                                                    Chapter  7
_____,
                Debtor

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/09/2009      By: /s/BRADLEY J. WALLER
                                  Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FREIGHT HOUSE GRILL, INC.                    Case No. 07-08383
                                                    Chapter  7
                        _____,
            Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 27,615.68 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 27,615.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,511.57 | $ 232.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | LEE G. SCHWENDNER, CPA | $ 2,093.75 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,797.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 12 | Illinois Department of Revenue | $ 4,800.00 | $ 2,920.18 |
| 15P | Department of the Treasury | $ 18,304.75 | $ 11,136.07 |
| 21P | Illinois Department of Employment Security | $ 12,692.29 | $ 7,721.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,702.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | ComEd | $ 1,821.64 | $ 0.00 |
| 2 | Holy Cross Publications | $ 385.00 | $ 0.00 |
| 3 | Aramark | $ 559.07 | $ 0.00 |
| 4 | Ecolab Pest Elimination | $ 690.00 | $ 0.00 |
| 6 | Walter Bros Plumbing & Heating | $ 6,036.93 | $ 0.00 |
| 8 | ComEd | $ 1,821.64 | $ 0.00 |
| 9 | Waste Management | $ 828.02 | $ 0.00 |
| 10 | Collection Professional | $ 167.66 | $ 0.00 |
| 11 | Harker's Distribution, Inc. | $ 7,736.97 | $ 0.00 |
| 13 | TriMark Marlinn Inc | $ 62,924.98 | $ 0.00 |
| 14 | Empire Cooler Service, Inc | $ 945.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 15U | Department of the Treasury | $ 3,316.23 | $ 0.00 |
| 16 | Verizon North Inc | $ 223.69 | $ 0.00 |
| 17 | Annes Scott M Esq | $ 8,985.30 | $ 0.00 |
| 21U | Illinois Department of Employment Security | $ 260.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 17,176.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | US Foodservice | $ 7,942.81 | $ 0.00 |
| 19 | Performance Food Group | $ 7,906.92 | $ 0.00 |
| 20 | Mother Goose Balloons & Helium Inc. | $ 1,326.80 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1                User: ckeith                Page 1 of 2                Date Rcvd: May 09, 2007
Case: 07-08383                      Form ID: b9b                Total Served: 55

The following entities were served by first class mail on May 11, 2007.
```
db         +Freight House Grill, Inc.,   701 Main Street,   Mendota, IL 61342-1670
aty        +Raymond R. Nolasco,   1114 Peoria Street,   Peru, IL 61354-2642
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11352072   +Aramark,   PO Box 7177,   Rockford, IL 61126-7177
11352073   +Attorney Paul V. Martin,   511 East Etna Road,   Ottawa, IL 61350-1070
11352074   +Berger Trucking Inc,   84 N. 4753 Road,   Mendota, IL 61342-9526
11352075   +Bureau County Republican,   PO Box 340,   800 Ace Road,   Princeton, IL 61356-9201
11352076   +Central Illinois Produce,   Morton Div.,   1667 N Main, PO Box 448,   Morton, IL 61550-0448
11352077   +Central US CFS Group,   14185 Dallas Parkway Suite 1400,   Dallas, TX 75254-4317
11352078   +City of Mendota,   800 Washington Street,   Mendota, IL 61342-1629
11352079   +Collection Professionals Inc.,   723 First Street,   La Salle, IL 61301-2535
11352080   +ComEd,   Bill Payment Center,   Chicago, IL 60668-0001
11352082   +Dan and Elizabeth Bos,   5N543 Central Road,   Itasca, IL 60143-2534
11352083   +Dataworks, LLC,   4550 S. Windermere Street,   Englewood, CO 80110-5541
11352084   +Daydots,   1801 Riverbend West Drive,   Fort Worth, TX 76118-7031
11352085   +Ecolab Pest Elimination,   PO Box 6007,   Grand Forks, ND 58206-6007
11352086   +Empire Cooler Service, Inc,   940 West Chicago Avenue,   Chicago, IL 60622-5494
11352087   +Erie Insurance,   100 Erie Ins. Place,   Erie, PA 16530-9000
11352088   +Getz Fire Equipment,   PO Box 419,   Peoria, IL 61651-0419
11352089   +Harker's Distribution, Inc.,   PO Box 1308,   Le Mars, IA 51031-1308
11352090   +Holy Cross Publications,   1010 Jefferson Street,   Mendota, IL 61342-1599
11352091   +Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901-6029
11352092   +HomePages,   915 E. Lincoln Hwy.,   PO Box 801,   Dekalb, IL 60115-0801
11352094   +Illinois Department of Revenue,   Springfield, IL 62776-0001
11352093   +Illinois Department of Revenue,   P.O. Box 19447,   Springfield, IL 62794-9447
11352095   +Illinois Department of Unemployment,   P.O. Box 19300,   Springfield, IL 62794-9300
11352096   +Insight Communications,   4450 Kishwaukee Street,   Rockford, IL 61109-2944
11352097   +Insight Communications,   115 N. Galena Ave,   Dixon, IL 61021-2117
11352100   +Jennifer Alvey,   917 Washington Street,   Mendota, IL 61342-1620
11352101   +Lowe's Business Account,   PO Box 530970,   Atlanta, GA 30353-0970
11352102   +Mary Wolfe,   4712 5th Road,   Mendota, IL 61342-9549
11352103   +Mauch Carpentry, Inc.,   705 Illinois Avenue,   Mendota, IL 61342-1637
11352104   +Mazzeffi and Company,   1435 South Roselle Road,   Schaumburg, IL 60193-4914
11352105   +McMahon & Signick, Ltd.,   412 South Wells St. 6th Floor,   Chicago, IL 60607-3923
11352106   +Menards/Hoffman Estates,   2300 West Higgins Road,   Hoffman Estate, IL 60169-2413
11352107   +Mother Goose Balloons & Helium Inc.,   270 Route 9 North, Suite 100,   Englishtown, NJ 07726-9217
11352108   +News Tribune,   426 Second Street,   La Salle, IL 61301-2366
11352109   +Nickolaou, Michaels & Evans Ltd,   7503 W. 56th Street,   Summit Argo, IL 60501-1331
11352111   +Performance Food Group,   PO Box 7210,   Rock Island, IL 61204-7210
11352112   +Receivables Control Corporation,   7373 Kirkwood Court, Ste 200,   Osseo, MN 55369-5264
11352113   +Retail Control Solutions, Inc,   460 Hillside Avenue,   Needham Heights, MA 02494-1279
11352114   +Rewards Network, Inc.,   2 North Riverside Plaza, Suite 950,   Chicago, IL 60606-2614
11352115   +Staples Credit Plan,   PO Box 689020,   Des Moines, IA 50368-9020
11352116   +Summit Beverage Service, Inc.,   820 Birginal Drive,   Bensenville, IL 60106-1249
11352117   +Sysco Food Services - Chicago, Inc.,   250 Wieboldt Drive,   Des Plaines, IL 60016-3100
11352118   +Teller, Levit & Silvertrust, P.C.,   11 East Adams Street,   Chicago, IL 60603-6369
11352119   +TriMark Marlinn,   6100 West 73rd Street,   Suite 1,   Chicago, IL 60638-6107
11352120   +US Foodservice,   PO Box 102,   Streator, IL 61364-0102
11352121   +Vericore,   10115 Kincey Avenue, Suite 100,   Huntersville, NC 28078-6482
11352123   +Walter Bros Plumbing & Heating,   909 Washington Street,   Mendota, IL 61342-1620
11352124   +Waste Management,   Attn Billing Dept,   1411 Opus Place, Suite 400,
             Downers Grove, IL 60515-1481
```

The following entities were served by electronic transmission on May 10, 2007.
```
11352081   +EDI: CREDPROT.COM May 10 2007 00:47:00    Credit Protection Association, L.P.,   13355 Noel Road,
             Dallas, TX 75240-6602
11352098   +EDI: IRS.COM May 10 2007 00:47:00    Internal Revenue Service,   Cincinnati, OH 45999-0001
11352110   +E-mail/Text: bankrup@nicor.com                 Nicor,   PO Box 2020,
             Aurora, IL 60507-2020
11352122   +EDI: AFNIVERIZON.COM May 10 2007 00:47:00    Verizon North,   PO Box 920041,
             Dallas, TX 75392-0041
                                                                                               TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11352099*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   Cincinnati, OH 45999-0001)
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ckeith              Page 2 of 2                Date Rcvd: May 09, 2007
Case: 07-08383                Form ID: b9b              Total Served: 55
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2007                    Signature:   _Joseph Speetjens_

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster              Page 1 of 2                   Date Rcvd: Dec 15, 2009
Case: 07-08383                 Form ID: pdf006              Total Noticed: 63

The following entities were noticed by first class mail on Dec 17, 2009.
db           +Freight House Grill, Inc.,    701 Main Street,    Mendota, IL 61342-1670
aty          +Raymond R. Nolasco,    3815 Progress Blvd., Suite A,    Peru, IL 61354-1188
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11700139     +Annes Scott M Esq,    2 W Talcott Ste 33,    Park Ridge, IL 60068-5559
11352072     +Aramark,    PO Box 7177,    Rockford, IL 61126-7177
11352073     +Attorney Paul V. Martin,    511 East Etna Road,    Ottawa, IL 61350-1070
11352074     +Berger Trucking Inc,    84 N. 4753 Road,    Mendota, IL 61342-9526
11352075     +Bureau County Republican,    PO Box 340,    800 Ace Road,    Princeton, IL 61356-2049
11352076     +Central Illinois Produce,    Morton Div.,    1667 N Main, PO Box 448,    Morton, IL 61550-0448
11352077     +Central US CFS Group,    14185 Dallas Parkway Suite 1400,    Dallas, TX 75254-4317
11352078     +City of Mendota,    800 Washington Street,    Mendota, IL 61342-1629
11352079     +Collection Professional,    Collection Professionals Inc,    723 1st Street,
               La Salle, IL 61301-2535
11352081     +Credit Protection Association, L.P.,    13355 Noel Road,    Dallas, TX 75240-6602
11352082      Dan and Elizabeth Bos,    5N543 Central Road,    Itasca, IL 60143
11352083     +Dataworks, LLC,    4550 S. Windermere Street,    Englewood, CO 80110-5541
11352084     +Daydots,    1801 Riverbend West Drive,    Fort Worth, TX 76118-7031
11352085     +Ecolab Pest Elimination,    PO Box 6007,    Grand Forks, ND 58206-6007
11352086     +Empire Cooler Service, Inc,    940 West Chicago Avenue,    Chicago, IL 60642-5494
11352087     +Erie Insurance,    100 Erie Ins. Place,    Erie, PA 16530-9000
11352088     +Getz Fire Equipment,    PO Box 419,    Peoria, IL 61651-0419
11352089     +Harker's Distribution, Inc.,    PO Box 1308,    Le Mars, IA 51031-1308
11352090     +Holy Cross Publications,    1010 Jefferson Street,    Mendota, IL 61342-1599
11352091     +Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
11352092     +HomePages,    915 E. Lincoln Hwy.,    PO Box 801,    Dekalb, IL 60115-0801
11352098    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11352099    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Cincinnati, OH 45999)
11883653     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
11352094     +Illinois Department of Revenue,    Springfield, IL 62776-0001
11352093      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11352095     +Illinois Department of Unemployment,    P.O. Box 19300,    Springfield, IL 62794-9300
11352096     +Insight Communications,    4450 Kishwaukee Street,    Rockford, IL 61109-2944
11352097     +Insight Communications,    115 N. Galena Ave,    Dixon, IL 61021-2117
11352100     +Jennifer Alvey,    917 Washington Street,    Mendota, IL 61342-1620
11352101     +Lowe's Business Account,    PO Box 530970,    Atlanta, GA 30353-0970
11352102     +Mary Wolfe,    4712 5th Road,    Mendota, IL 61342-9549
11352103     +Mauch Carpentry, Inc.,    705 Illinois Avenue,    Mendota, IL 61342-1637
11352104     +Mazzeffi and Company,    1435 South Roselle Road,    Schaumburg, IL 60193-4914
11352105     +McMahon & Signick, Ltd.,    412 South Wells St. 6th Floor,    Chicago, IL 60607-3923
11352106     +Menards/Hoffman Estates,    2300 West Higgins Road,    Hoffman Estate, IL 60169-2413
11352107     +Mother Goose Balloons & Helium Inc.,    270 Route 9 North, Suite 100,    Englishtown, NJ 07726-9217
11352108     +News Tribune,    426 Second Street,    La Salle, IL 61301-2366
11352109     +Nickolaou, Michaels & Evans Ltd,    7503 W. 56th Street,    Summit Argo, IL 60501-1331
11352111     +Performance Food Group,    PO Box 7210,    Rock Island, IL 61204-7210
11711646     +Performance Food Group,    Thoms Proestler Company LLC,    P O Box 7210,
               Rock Island, IL 61204-7210
11352112     +Receivables Control Corporation,    7373 Kirkwood Court, Ste 200,    Osseo, MN 55369-5264
11352113     +Retail Control Solutions, Inc,    460 Hillside Avenue,    Needham Heights, MA 02494-1279
11352115     +Staples Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
11352116     +Summit Beverage Service, Inc.,    820 Birginal Drive,    Bensenville, IL 60106-1249
11352117     +Sysco Food Services - Chicago, Inc.,    250 Wieboldt Drive,    Des Plaines, IL 60016-3100
11352118     +Teller, Levit & Silvertrust, P.C.,    11 East Adams Street,    Chicago, IL 60603-6369
11352119     +TriMark Marlinn Inc,    Teller Levit & Silvertrust PC,    11 E Adams St 800,
               Chicago, IL 60603-6369
11352120     +US Foodservice,    PO Box 102,    Streator, IL 61364-0102
11352121     +Vericore,    10115 Kincey Avenue, Suite 100,    Huntersville, NC 28078-6482
11352123     +Walter Bros Plumbing & Heating,    909 Washington Street,    Mendota, IL 61342-1620
11547436     +Waste Management,    Waste Management RMC,    2421 W Peoria Ave Suite 110,    Phoenix, AZ 85029-4942
11352124     +Waste Management,    Attn Billing Dept,    1411 Opus Place, Suite 400,
               Downers Grove, IL 60515-1481

The following entities were noticed by electronic transmission on Dec 15, 2009.
11381120     +E-mail/Text: legalcollections@comed.com                           ComEd,    2100 Swift Drive,
               Attn Bankruptcy Section Revenue Mgmt,    Oakbrook, IL 60523-1559
11352080     +E-mail/Text: legalcollections@comed.com                           ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
11352110     +E-mail/Text: bankrup@nicor.com                           Nicor,    PO Box 2020,
               Aurora, IL 60507-2020
11541441     +E-mail/Text: bankruptcy@rewardsnetwork.com
               Rewards Network Establishment Services Inc,    fka Idine Restaurant Group Inc,
               2 North Riverside Plaza Suite 950,    Chicago, IL 60606-2614
11352114     +E-mail/Text: bankruptcy@rewardsnetwork.com                           Rewards Network, Inc.,
               2 North Riverside Plaza, Suite 950,    Chicago, IL 60606-2614
11352122     +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 16 2009 00:45:34     Verizon North,    PO Box 920041,
               Dallas, TX 75392-0041
```

```
District/off: 0752-1          User: gbeemster             Page 2 of 2                   Date Rcvd: Dec 15, 2009
Case: 07-08383                Form ID: pdf006             Total Noticed: 63

The following entities were noticed by electronic transmission (continued)
11680432     +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 16 2009 00:45:35     Verizon North Inc,
              AFNI Verizon,   404 Brock Drive,   Bloomington, IL 61701-2654
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11556787*     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11547438*    +Waste Management,   Waste Management RMC,   2421 W Peoria Ave Suite 110,   Phoenix, AZ 85029-4942
                                                                                             TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2009**                     **Signature:**     *Joseph Speetjens*