# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FREIGHT HOUSE GRILL, INC.                    Case No. 07-08383
_____,        Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,050.00              Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,777.86    Claims Discharged
                                               Without Payment: $113,878.66

Total Expenses of Administration: $5,837.82

---

   3) Total gross receipts of $  27,615.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $27,615.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $11,151.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,837.82 | 5,837.82 | 5,837.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 39,113.27 | 35,797.04 | 21,777.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 132,183.41 | 113,878.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $188,285.96 | $155,513.52 | $27,615.68 |

    4) This case was originally filed under Chapter 7 on May 08, 2007. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EQUIPMENT | 1129-000 | 27,500.00 |
| Interest Income | 1270-000 | 115.68 |
| **TOTAL GROSS RECEIPTS** | | **$27,615.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Summit Beverage Service, Inc. | 4110-000 | N/A | 2,000.00 | 0.00 | 0.00 |
| 7 | Rewards Network Establishment Services Inc | 4110-000 | N/A | 9,151.46 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$11,151.46** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,511.57 | 3,511.57 | 3,511.57 |
| BRADLEY J. WALLER | 2200-000 | N/A | 232.50 | 232.50 | 232.50 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 2,093.75 | 2,093.75 | 2,093.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,837.82 | 5,837.82 | 5,837.82 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Illinois Department of Revenue | 5800-000 | N/A | 4,800.00 | 4,800.00 | 2,920.18 |
| 15P | Department of the Treasury | 5800-000 | N/A | 21,620.98 | 18,304.75 | 11,136.07 |
| 21P | Illinois Department of Employment Security | 5800-000 | N/A | 12,692.29 | 12,692.29 | 7,721.61 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 39,113.27 | 35,797.04 | 21,777.86 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd | 7100-000 | N/A | 1,821.64 | 1,821.64 | 0.00 |
| 2 | Holy Cross Publications | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| 3 | Aramark | 7100-000 | N/A | 559.07 | 559.07 | 0.00 |
| 4 | Ecolab Pest Elimination | 7100-000 | N/A | 690.00 | 690.00 | 0.00 |
| 6 | Walter Bros Plumbing & Heating | 7100-000 | N/A | 6,036.93 | 6,036.93 | 0.00 |
| 8 | ComEd | 7100-000 | N/A | 1,821.64 | 1,821.64 | 0.00 |
| 9 | Waste Management | 7100-000 | N/A | 828.02 | 828.02 | 0.00 |
| 10 | Collection Professional | 7100-000 | N/A | 167.66 | 167.66 | 0.00 |
| 11 | Harker's Distribution, Inc. | 7100-000 | N/A | 7,736.97 | 7,736.97 | 0.00 |
| 13 | TriMark Marlinn Inc | 7100-000 | N/A | 62,924.98 | 62,924.98 | 0.00 |
| 14 | Empire Cooler Service, Inc | 7100-000 | N/A | 945.00 | 945.00 | 0.00 |
| 15U | Department of the Treasury | 7100-000 | N/A | 21,620.98 | 3,316.23 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Verizon North Inc | 7100-000 | N/A | 223.69 | 223.69 | 0.00 |
| 17 | Annes Scott M Esq | 7100-000 | N/A | 8,985.30 | 8,985.30 | 0.00 |
| 18 | US Foodservice | 7200-000 | N/A | 7,942.81 | 7,942.81 | 0.00 |
| 19 | Performance Food Group | 7200-000 | N/A | 7,906.92 | 7,906.92 | 0.00 |
| 20 | Mother Goose Balloons & Helium Inc. | 7200-000 | N/A | 1,326.80 | 1,326.80 | 0.00 |
| 21U | Illinois Department of Employment Security | 7100-000 | N/A | 260.00 | 260.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 132,183.41 | 113,878.66 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-08383  
**Case Name:** FREIGHT HOUSE GRILL, INC.

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 05/08/07 (f)  
**§341(a) Meeting Date:** 06/07/07  

**Period Ending:** 04/05/11  
**Claims Bar Date:** 10/23/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | COMPUTER SYSTEM | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | EQUIPMENT | 80,000.00 | 27,500.00 | | 27,500.00 | FA |
| 4 | SIGNAGE | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 115.68 | FA |
| 5 | Assets  Totals (Excluding unknown values) | **$98,050.00** | **$27,500.00** | | **$27,615.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting Prompt Determination Letters

**Initial Projected Date Of Final Report (TFR):** December 31, 2008   **Current Projected Date Of Final Report (TFR):** December 14, 2009 (Actual)

Printed: 04/05/2011 10:26 AM   V.12.56

Exhibit 9

## FORM 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-08383  
**Case Name:** FREIGHT HOUSE GRILL, INC.  
**Taxpayer ID #:** **-***7952  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****30-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/07 | {3} | Lauro Carlos | Down payment on Sale of Equipment | 1129-000 | 6,875.00 | | 6,875.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.85 | | 6,875.85 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.79 | | 6,879.64 |
| 09/21/07 | {3} | Lauro Carlos | Per court order of 08/31/2007 | 1129-000 | 20,625.00 | | 27,504.64 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.89 | | 27,509.53 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.15 | | 27,525.68 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.32 | | 27,540.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.02 | | 27,554.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.59 | | 27,566.61 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.65 | | 27,572.26 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.12 | | 27,577.38 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.84 | | 27,581.22 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.45 | | 27,584.67 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,588.17 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,591.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.28 | | 27,594.95 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.62 | | 27,598.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.00 | | 27,601.57 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.17 | | 27,603.74 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 27,605.69 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,606.81 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 27,607.86 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 27,609.06 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,610.18 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,611.26 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 27,612.46 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,613.62 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,614.78 |
| 09/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.90 | | 27,615.68 |
| 09/25/09 | | To Account #********3066 | | 9999-000 | | 27,615.68 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,615.68 | 27,615.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,615.68 | |
| | | | Subtotal | | 27,615.68 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $27,615.68 | $0.00 | |

{} Asset reference(s)

Printed: 04/05/2011 10:26 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-08383 | | **Trustee:** | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| **Case Name:** | FREIGHT HOUSE GRILL, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****30-66 - Checking Account |
| **Taxpayer ID #:** | **-***7952 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/05/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/25/09 | | From Account #********3065 | | 9999-000 | 27,615.68 | | 27,615.68 |
| 01/15/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,511.57, Trustee Compensation; Reference: | 2100-000 | | 3,511.57 | 24,104.11 |
| 01/15/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $232.50, Trustee Expenses; Reference: | 2200-000 | | 232.50 | 23,871.61 |
| 01/15/10 | 103 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $2,093.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,093.75 | 21,777.86 |
| 01/15/10 | 104 | Illinois Department of Revenue | Dividend paid 60.83% on $4,800.00; Claim# 12; Filed: $4,800.00; Reference: | 5800-000 | | 2,920.18 | 18,857.68 |
| 01/15/10 | 105 | Department of the Treasury | Dividend paid 60.83% on $18,304.75; Claim# 15P; Filed: $21,620.98; Reference: | 5800-000 | | 11,136.07 | 7,721.61 |
| 01/15/10 | 106 | Illinois Department of Employment Security | Dividend paid 60.83% on $12,692.29; Claim# 21P; Filed: $12,692.29; Reference: | 5800-000 | | 7,721.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,615.68 | 27,615.68 | $0.00 |
| | | | Less: Bank Transfers | | 27,615.68 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **27,615.68** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$27,615.68** | |

{} Asset reference(s)             Printed: 04/05/2011 10:26 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-08383  
**Case Name:** FREIGHT HOUSE GRILL, INC.  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  

**Taxpayer ID #:** **-***7952  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Period Ending:** 04/05/11  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****30-65** | 27,615.68 | 0.00 | 0.00 |
| **Checking # ***-*****30-66** | 0.00 | 27,615.68 | 0.00 |
| **Checking # 9200-******30-66** | 0.00 | 0.00 | 0.00 |
| | $27,615.68 | $27,615.68 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2011 10:26 AM    V.12.56